# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14MJ00212-001 |
|---|---|---|
| Plaintiff, | ) ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| RAYMOND G TOTE, | ) ) ) | |
| Defendant. | ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 21 USC Section 844 (Possession of a controlled substance, Marijuana

**Sentence Date:** November 19, 2015

**Review Hearing Date:** September 8, 2016

**Probation Expires On:** May 19, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $525 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 25 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 35 per month by the 15 of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 450
  ☒ If not paid in full when was last time payment:  Date: 8/4/2016
    Amount: 50

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  MGT

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/8/2016 at 10a.m. Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED:  8/24/2016          /S/ JASON M. KERLAN
                JASON M. KERLAN
                DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **September 2, 2016**              
                UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)