# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND G. TOTE,<br><br>　　　　　　Defendant. | Case No. 1:14-mj-00212-SAB<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO TERMINATE PROBATION TO OCTOBER 20, 2016<br><br>(ECF No. 27) |

Defendant Raymond G. Tote ("Defendant") entered into a plea agreement and was sentenced on October 19, 2015 to eighteen months of unsupervised probation. (ECF Nos. 23, 24, 25.) On September 1, 2016, Defendant filed a motion to terminate his probation setting the hearing on the motion for September 8, 2016. (ECF No. 27.) Defendant indicates in his motion that the Government does not agree to terminate probation. To accommodate the Court's schedule and to provide an opportunity for the Government to respond to the instant motion, the Court shall continue the hearing on the motion to terminate probation to October 20, 2016.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's motion to terminate probation is CONTINUED to October 20, 2016, at 10:00 a.m. in Courtroom 9; and

///

///

1

2. The Government shall file an opposition or statement of non-opposition on or before October 13, 2016.

IT IS SO ORDERED.

Dated: __**September 2, 2016**__

UNITED STATES MAGISTRATE JUDGE